An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID R. FANDEL, INDIVIDUALLY;
AND DAVID R. FANDEL,
REPRESENTATIVE AND/OR
EXECUTOR OF THE ESTATE OF
DAWN C. FANDEL,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JOANNA KISHNER, DISTRICT
JUDGE,
Respondents,
and
TALMER WEST BANK, F/K/A BANK
OF LAS VEGAS, AS SUCCESSOR IN
INTEREST TO BLACK MOUNTAIN
COMMUNITY BANK,
Real Party in Interest.

No. 68610

**FILED**

AUG 2 4 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

*ORDER DENYING PETITION*
*FOR WRIT OF PROHIBITION OR MANDAMUS*

This original petition for a writ of prohibition or mandamus challenges a district court order in a deficiency action granting partial summary judgment, denying a countermotion for summary judgment, and ordering an evidentiary hearing. Having considered the petition and supporting documents, we conclude that petitioners have failed to demonstrate that our extraordinary intervention is warranted. NRS 34.170; NRS 34.330; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224,

15-25613

228, 88 P.3d 840, 841, 844 (2004) (holding that an appeal is generally an adequate legal remedy precluding writ relief). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:  Hon. Joanna Kishner, District Judge
     Fox Rothschild, LLP, Las Vegas
     Carlyon Law Group, PLLC
     Eighth District Court Clerk

---

[1]We also deny as moot petitioners' motion to stay the proceedings below.